# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ALEX GERSHBEYN § Case No. 10-31834
§ Hon. EUGENE R. WEDOFF
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 09/12/2012 in Courtroom 744, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/13/2012    By: Clerk U. S. Bankruptcy Court
                                (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF**   ILLINOIS
<u>EASTERN DIVISION</u>

In re:  ALEX GERSHBEYN    §   Case No. 10-31834
　　　　　　　　　　　　　　§   Hon. EUGENE R. WEDOFF
　　　　　　　　　　　　　　§   Chapter 7
　　　　　　　　　　　　　　§
　　　　　　Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*　　　$152,034.00
*and approved disbursements of*　　　　　$109,847.84
*leaving a balance on hand of* [1]　　　　$42,186.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:　　　$0.00
Remaining balance:　　　$42,186.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| *Trustee, Fees* | ALLAN J. DeMARS | $10,851.70 | $0.00 | $10,851.70 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $17.09 | $0.00 | $17.09 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $8,190.00 | $0.00 | $8,190.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges, U.S. Bankruptcy Court*

*Fees, United States Trustee*

    Other

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $19,058.79 |
| Remaining balance: | $23,127.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $23,127.37 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $79,018.88 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Wisconsin Dept. of Revenue | $18,454.03 | $0.00 | $5,401.15 |
| 4 | Illinois Dept. of Revenue | $40,233.10 | $0.00 | $11,775.49 |
| 12 | Iowa Dept. of Revenue | $18,684.39 | $0.00 | $5,468.58 |
| 13 | Iowa Dept. of Revenue | $1,647.36 | $0.00 | $482.15 |

Total to be paid for priority claims: $23,127.37
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,261,823.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1,2,3,4,5,6,7,8,9,10,11,12,14,15,16,18,19,20,21,22 | see claims docket | $23,261,823.18 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $198,638.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23,24 | see claims dockeet | $198,638.08 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL  60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 10-31834-ERW
Alex Gershbeyn                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mrahmoun              Page 1 of 6             Date Rcvd: Aug 14, 2012
                             Form ID: pdf006             Total Noticed: 207

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
```
db         #+Alex Gershbeyn,    1250 South Michigan,    Apt. 2801,    Chicago, IL 60605-3274
15861504    +111 Morgan Condominium Association,    111 South Morgan Street,    Chicago, IL 60607-2724
15861505    +AAA Chicago Motor Club,    975 Meridan Lake Drive,    Aurora, IL 60504-4904
15861506    +Ada Nakshumov,    526 Hummingbird Lane,    Deerfield, IL 60015-3625
15861507    +Adam Herdman,    507 Regan drive,    Dundee, IL 60118-3026
15861508    +Adella Raykher,    70 Oceana Drive West,    No 2D,    Brooklyn, NY 11235-6673
15861510    +Albert Yonan,    5303 W. Jarvis,    Skokie, IL 60077-3240
15861511    +Alex Askinazi,    719 Williams Way,    Vernon Hills, Il 60061-3255
15861512    +Alex Kalicka and,    Vlad Yekelchik,    640 Happfield Drive,    Arlington Heights, Il 60004-7138
15861513    +Alex Reznik,    11306 Moorpark Street,    Unit No 1,    Studio City, CA 91602-2600
16792808    +Alex Reznik,    c/o Howard Peritz,    707 N Skokie Blvd Suite 600,    Northbrook, IL 60062-2841
16272713     American Express,    Suite 0001,    Chicago, IL  60679-0001
15861518    +Anatoly and Lisa Yekelchik,    640 Happfield Drive,    Arlington Heights, IL 60004-7138
15861519    +Andrew Prunty,    44 Lancaster Lane,    Lincolnshire, Il 60069-3126
15861521     Ann and Joe Discarser,    101 East Main Street    No 108,    Waukesha, WI 53186
15861522    +Anna Shapiro,    2101 S. Ocean Drive,    Hollywood, FL 33019-2529
15861523    +Anne Boynton,    27630 W. Groveland,    Spring Grove, IL 60081-9218
15861525    +Anthony DAntuono,    100 East Main St.   No 107,    Waukesha, WI 53186-5071
15861526    +Antonio Elizondo,    2836 Willow Street,    Franklin Park, IL 60131-3026
15861528    +Art Kruckoff,    374 S. Litchfield Avenue,    Round Lake, IL 60073-8103
15861529    +Ashor Haido,    9429 N. Overhill Avenue,    Morton Grove, IL 60053-1017
16272715    +Asset Recovery Solutions,    2200 E Devon Avenue,    Suite 200,    Des Plaines, IL 60018-4501
15861530    +Audrey Weidman,    2220 Travers Lane,    Flossmoor, IL 60422-1659
15861532     Bank of America,    475 CrossPoint Parkway,    PO Box 9000,    Getzville, NY 140689000
15861533    +Belcher Law Office,    351 W Hubbard Street,    Suite 650,    Chicago, IL 60654-4498
15861534    +Ben Haido,    6453 N. Kedzie,    Chicago, Il 60645-4139
16272716    +Billy Haido,    6453 N Kedzie Avenue,    Chicago, IL 60645-4139
15861535    +Brian Johnson,    2146 N. Commerce St.,    Milwaukee, WI 53212-3426
15861542     CB Accounts,    PO Box 5610,    Hauppauge, NY 117880139
15861543     CBCS,    PO BOX 163250,    COLUMBUS OH 432163250
15861537    +Candelaria Milan,    9445 N. Kenton No 108,    Skokie, Il 60076-1300
15861538    +Carey Getlin,    520 Williams Way,    Vernon Hills, IL 60061-3252
15861540    +Caroline Escobar,    4232 N. Ashland Ave.,    Chicago, IL 60613-1202
15861541    +Catreina A Larucci,    Larucci Properties,    9515 Kelvin Lane No 2116,
              Schiller Park, Il 60176-5005
15861544    +Chase,    340 S Cleveland Ave,    Bldg 370,    Westerville, OH 43081-8917
16450790     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17894481    +Chase auto finance,    po box 901032,    ft worth tx 76101-2032
15861545    +Chris Eastman,    1435 Whitefence Rd.,    Bartlett IL 60103-1867
15861546    +Chris Eastman,    4350 DiPaolo Center Suite C,    Glenview, Il 60025-5212
15861547    +Chris Lawes,    5749 Wood Gate,    Matteson, IL 60443-1145
15861548    +Chris S. Javadi,    3102 Kings Road No 2108,    Dallas, TX 75219-1326
16272717    +Christopher Eastman,    1435 WhiteFence Road,    Bartlett, IL 60103-1867
15861549    +Codilis and Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
15861550     College Assist,    999 18th Street,    Denver, CO 802022471
16272718    +Colorado Student Loans,    Student Loan Network,    1250 Hancock Street,    Quincy, MA 02169-4337
15861551    +Corey Dunteman,    814 Alexandra Blvd.,    Crystal Lake, IL 60014-1943
15861552    +Daiva Totoriene,    33 Terrace Lane No. A,    Lake Zurich, IL 60047-3124
15861553    +Dale and Kay Knutson,    100 East Main St.    No 316,    Waukesha, WI 53186-5070
15861554    +Darren L. Besic,    5 East Wilson Street,    Batavia, IL 60510-2656
15861555    +Dave Roth,    2218 Barrett Drive,    Algonquin, IL 60102-6083
15861556    +David and Carol Barclay,    100 East Main Street No 112,    Waukesha, WI 53186-5070
15861557    +Dean A. Simon,    100 East Main St No 104,    Waukesha, WI 53186-5072
15861558    +Demetri Koroyanis,    1715 Pavilion Way No 304,    Park Ridge, IL 60068-1194
15861559    +Dmitry Feldman,    2456 West Huron Street,    Chicago, IL 60612-1208
15861560   #+Dwight Simmons,    100 Alexandra Ct.,    Mundelein, IL 60060-2647
15861561    +Ed Armstrong,    1541 Kennett,    Lake Forest, IL 60045-3604
15861562    +Edward Allen,    710 Yorktown Drive,    Algonquin IL 60102-2070
15861563    +Edwin Centeno,    9445 N. Kenton No 102,    Skokie, IL 60076-1300
15861564    +Elizabeth Peters,    936 Topanga Drive,    Palatine, Il 60074-3733
15861565    +Emily Balch,    3235 Cole Avenue,    Dallas, TX 75204-1142
15861566     Encore,    400 N Roger Road,    PO Box 3330,    Olathe, KS 660633330
15861567    +Eric and Amanda Roddy,    100 East Main St.    No  206,    Waukesha, WI 53186-5070
15861568    +Erik Williams,    3822 Parsons Road,    Carpentersville, IL 60110-3227
15861569    +Erin Turtenwalk,    100 East Main St. No  431,    Waukesha, WI 53186-5072
15861570    +Eugene and Ruth Rasch,    100 East Main St.  No 306,    Waukesha, WI 53186-5072
15861571   #+Felix Gorfin,    918 Hobson Drive,    Buffalo Grove, IL 60089-7018
15861572    +First Bank of Highland Park,    633 Skokie Blvd.,    Northbrook, IL 60062-2825
16445981    +First Midwest Bank,    8501 West Higgins Road,    Chicago, IL 60631-2807
15861574    +Foster Bank,    5225 North Kedzie Avenue,    Chicago, IL 60625-4755
15861575    +Fred Alford,    1572 Madison Avenue,    St. Charles, IL 60174-4479
15861576    +Fred R. Harbecke,    29 South LaSalle Street,    Suite 945,    Chicago, IL 60603-1526
15861580    +Geno Bondioli,    2422 Patrick Lane,    Waukesha, WI 53188-7309
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 6                   Date Rcvd: Aug 14, 2012
                               Form ID: pdf006            Total Noticed: 207

15861581      +Gina Cabrerra,    9445 N. Kenton   No 208,    Skokie, Il 60076-1370
15861583      +Griesemer,    100 East Main Street  No 413,    Waukesha, WI 53186-5071
16753972      +Harris NA assignee of the FDIC as receiver for AMC,    111 W. Monroe Street-4W,
                Chicago, Illinois 60603-4096
15861585      +Harris and Harris, LTD,    222 Merchandise Mart Plaza,    Suite 1900,   Chicago, IL 60654-1421
15861587      +Hasibullah Aqui,    6648 N. Ashland Ave  No 3S,    Chicago, IL 60626-4115
15861589      +Howard Peritz,    1954 First Street   256,    Highland Park, IL 60035-3104
15861590      +Howard Rosenfeld,    Rosenfeld Hafron Shapiro and  Farmer,    221 North LaSalle, Suite 1763,
                Chicago Il 60601-1461
15861591      +Husein Shoshain,    1534 W. Rue James,    Palatine, Il 60067-1223
16412882       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL  60664-0338
15861592      +Illinois Department of Revenue,    100 West Randolph Street,    13th Floor,
                Chicago, IL 60601-3397
15861593       Illinois Tollway,    Attn Violation Administration Center,    2700 Ogden Avenue,
                Downers Grove, IL 605151703
15861595       Iowa Department of Revenue,    Hoover State Office Building,    Des Moines, Iowa 50319
15861596      +Irina Rudman,    924 Inverrary Lane,    Deerfield, IL 60015-3609
15861597      +Ivan Chavez,    4152 N. McVicker,    Chicago, Il 60634-1602
15861613      +JP Morgan Chase Bank, N.A.,    3415 Vision Drive,    Columbus, OH 43219-6009
16438643      +JP Morgan Chase Bank, N.A. C/O,    Besic Law Office, P.C.,    5 East Wilson St.,
                Batavia, IL 60510-2656
16440839      +JP Morgan Chase Bank, N.A. c/o Besic Law Office PC,    5 East Wilson Street,
                Batavia, IL 60510-2656
15861598      +Jack Bertram,    2201 Travers Lane,    Flossmoor, Il 60422-1658
15861599      +Jacob LaConte,    100 East Main St.  No 330,    Waukesha, WI 53186-5071
15861600      +James H. Joel,    100 East Main St.  No 105,    Waukesha, WI 53186-5071
15861601      +James Prunty,    538 Patriot Ct.,    Gurnee, IL 60031-4494
15861602      +Jamie Solis,    4016 N. Parkside Avenue,    Chicago, IL 60634-1833
15861603      +Jan Latter,    1143 Harvard Lane,    Buffalo Grove, Il 60089-4326
15861604      +Jim and Bessie Grigorakos,    9445 N. Kenton  No 411,    Skokie, Il 60076-1377
15861605      +John Meltzer,    520 W. Huron St.  No 502,    Chicago, Il 60654-3439
15861606     #+John Murphy,    100 East Main St.  No 210,    Waukesha, WI 53186-5061
15861607      +John Nikho,    457 Birchwood Court,    Willowbrook, Il 60527-1800
15861608      +John Schorsch,    36 Squire Road,    Hawthorn Woods, IL 60047-8028
15861609      +Jon Meltzer,    520 W. Huron Street  No 502,    Chicago, IL 60654-3439
15861610      +Jonathan Birdwell and,    Kaitlyn Hinman,    100 East Main ST. No 209,    Waukesha, WI 53186-5061
15861611      +Joseph Budker,    333 East 34 Street,    New York, NY 10016-4977
15861612      +Joseph Mandale,    27 Addington Drive,    Langhorne, PA 19053-2466
15861615      +Julio Quezada,    3310 N. Oak Park,    Chicago, IL 60634-3714
15861616      +Kabir Kassam,    121 Commons Court,    Wheeling, Il 60090-7007
15861617      +Karen Eneitzel,    100 East Main St.   No 304,    Waukesha, WI 53186-5072
15861618      +Kathy Strait,    N27 W22270 Burningwood,    Waukesha, WI 53186-1051
15861619      +Keith and Judy Gardenier,    100 East Main St  No 120,    Waukesha, WI 53186-5061
15861620      +Kelsey Taylor,    3120 S. Indiana  No 403,    Chicago, Il 60616-3762
15861621       Ken Ullenius,    10609 N. Sleepy Hollow Rd.,    Peoria, IL 61615
15861622      +Kimberly Hunt,    2704 West Lunt  No 203,    Chicago, IL 60645-3045
15861623      +Laura Lisserman,    2066 St. Johns   No 407,    Highland Park, IL 60035-2457
15861624       Law Office of Kovitz Shifrin,    750 W Lake Road,    Suite 350,   Buffalo Grove, IL 600892073
15861625     #+Law Office of Steven Fine,    53 West Jackson Blvd. No 1142,    Chicago, Illinois 60604-3619
15861626      +Lee Ann Davis,    100 East Main Street,    Waukesha, WI 53186-5007
15861627      +Leonard and Arina Goldstein,    6831 N. Kostner,    Lincolnwood, IL 60712-4716
15861628      +Lev Nakshunov,    526 Hummingbird Lane,    Deerfield, IL 60015-3625
15861629      +Lionel and Lorainne Gilbert,    9445 N. Kenton  No 402,    Skokie, Il 60076-1377
15861630      +Lori Ann Howe,    100 East Main St.  No 102,    Waukesha, WI 53186-5072
15861631      +Louis Gerhard Properties, LLC,    2220 Travelers Lane,    Flossmoor, IL 60422-1659
15861632      +Marina Verbitsky,    1717 N. Larabee  No 13S,    Chicago, IL 60614-5621
15861633      +Mark Berkun,    4022 N. Mitchell,    Arlington Heights, IL 60004-7915
15861634      +Mark Gershbeyn,    6742 N. St. Louis,    Lincolnshire, IL 60712-3728
15861635      +Mark Tibbets,    3246 Robincrest Drive,    Northbrook, IL 60062-5125
15861636      +Marks Attwood,    506 Middlebury Drive,    Lake Villa, IL 60046-5078
15861637      +Marty Schramm,    100 East Main St.  No 111,    Waukesha, WI 53186-5070
15861638      +Mary Regar,    1140 S. Springdale Road,    Waukesha, WI 53186-1416
15861639       Michael and Karen Harris,    885 South 6th Avenue,    Des Plaines, IL 60016-6161
15861640     #+Mike Burke,    2383 Fishbook Way,    Wauconda, IL 60084-5019
15861641      +Mike Harris,    885 South 6th Avenue,    Des Plaines, IL 60016-6161
15861642      +Mike Silverman,    P O Box 5443,    Buffalo Grove, IL 60089-5443
15861644      +Monique Zaychik,    6726 N. St Louis,    Lincolnwood, IL 60712-3728
15861645      +National City,    1900 East Ninth Street,    Cleveland OH 44114-3484
15861646       National City Mortgage,    PO Box 1820,    Dayton  OH 454011820
15861647      +Nenito and Anita Gameng,    9445 N. Kenton  No 311,    Skokie, Il 60076-1376
15861648      +Noel and Cynthia Winke,    100 East Main St. No 430,    Waukesha, WI 53186-5072
15861649      +Northwest Community Hospital,    800 West Central Road,    Arlington Heights, IL 60005-2392
15861650      +Oleg Dumenko,    17155 Woodland Drive,    Grayslake, IL 60030-3040
15861651      +Olga Shapiro,    2602 Farnsworth,    Northbrook, Il 60062-5921
16752494      +PNC Bank National Assocation,    Douglas Kassebaum Esq,    Fredrikson & Byron P A,
                200 Sixth St Ste 4000,    Minneapolis MN 55402-1425
15861653      +Patricia Kroner,    23415 South 88th Avenue,    Frankfort, IL 60423-8424
15861652      +Patricia and Ademole Oduwole,    P O Box 632179,    Irving, TX 75063-0044
15861654      +Paul Peretyatko,    48 West 48th Street,    Unit 900,   New York, NY 10036-1703
16272721      +Peoples Energy,    130 Randolph Drive,    Chicago, IL 60601-6302
```

```
District/off: 0752-1           User: mrahmoun              Page 3 of 6              Date Rcvd: Aug 14, 2012
                               Form ID: pdf006             Total Noticed: 207

15861655     #+Puritan Finance Corp.,    55 West Monroe,    Suite 3590,    Chicago, IL 60603-5025
15985085      +Puritan Finance Corporation,    Fred R Harbecke,    29 S LaSalle Suite 945,
                Chicago, IL 60603-1526
15861656      +Ramon and Nelsa Moreno,    1138 N. Winchester Ave,    Chicago, Il 60622-3744
15861657      +Raquel Corona,    3212 Scott Street,    Franklin Park, IL 60131-1808
15861658      +Renny Kurup,    1125 West Belden    No 1,   Chicago, Il 60614-3247
15861659      +Rhodora Valera,    9445 N. Kenton  No 306,    Skokie, Il 60076-1376
15861661      +Richard Fabian,    1210 Davet Drive,    Batavia, IL 60510-8622
15861660      +Richard and Deena Gillette,    9445 N. Kenton  No 406,    Skokie, Il 60076-1377
15861662      +Rocco Tanggorra,    8560 West Foster,    No 608,   Norridge, IL 60706-5702
15861663      +Rodel Uy,    260 Grand Ridge Rd.,    St. Charles, IL 60175-1073
15999232      +Roman Moreno,    1138 N Wincheser Ave,    Chicago IL 60622-3744
15861665      +Romel Allahvardi,    8352 Kilpatrick,    Skokie, Il 60076-2575
15861666      +Ronnie Brock,    100 East Main St.   No 124,    Waukesha, WI 53186-5072
15861668      +Russ Berkun,    1926 Monroe Avenue,    Glenview, IL 60025-1708
15861669      +Ruza Zukanacic,    9445 N. Kenton  No 303,    Skokie, Il 60076-1376
15861670      +Ryan Shepard,    100 East Main St.   No 101,    Waukesha, WI 53186-5072
15861671      +Saed Salievski,    771 Schultz Rd.,    Lemont, IL 60439-4380
15861673      +Samra Zukancic,    9445 N. Kenton  No 308,    Skokie, Il 60076-1376
15861674      +Scanlan and O’Rorke,    100 East Main St.   No 332,    Waukesha, WI 53186-5070
15861578      +Scott H. Kenig, Esq.,    Randall and Kenig LLP,    NBC Tower Suite 2510,
                455 Cityfront Plaza Drive,    Chicago, IL 60611-5323
15861675      +Scott Scoletsky,    1117 Davis Avenue,    Deerfield, IL 60015-2123
15861676      +Sead Salievski,    771 Schultz Street,    Lemont, IL 60439-4380
15861677      +Selma Zukanacic,    9445 N. Kenton  No 310,    Skokie, IL 60076-1376
15861678      +Shadab Jamal,    2700 W. Lunt  No 404,    Chicago, IL 60645-3033
15861682      +Stanislav Podolony,    3214 Carriage Way,    Arlington Heights, IL 60004-1504
16494685      +State Of Iowa,    Iowa Department Of Revenue,    Attn: Bankruptcy Unit,    P.O. Box 10471,
                Des Moines, IA 50306-0471
15861683       State of Texas Comptroller,    PO Box 149348,    Austin, TX 787149348
15861685     #+Steve Miller,    Managed Venture Properties, LLC,    P O Box 5221,    Vernon Hills, Il 60061-5221
15861686       Steve Miller,    20971 West Exeter Road,    Kildeer, IL 60047
15861687      +Steve Podolny,    3214 Carriage Way,    Arlington Heights, IL 60004-1504
15861688      +Steve Tolizen,    23 Burberry Circle,    Schaumburg, IL 60173-6275
15861689      +Steve Ullenius,    10608 N. Sleepy Hollow Road,    Peoria, IL 61615-1122
15861690       Steven Budker,    334 East 34 Street,    New York, NY 10016
16451782       Steven Jones And,    Russell Wooten Sr,    3711 Holland Ave No 201,    Dallas, TX  75219-4352
15861691      +Steven Jones and,    Russel Nooter,    3711 Holland Avenue  No 201,    Dallas, TX 75219-4352
15861692      +Syed Hanif,    9445 N. Kenton  No 410,    Skokie, Il 60076-1377
15861693      +Sylvia and Steve Fitzgerald,    12575 Meadow Circle,    Lake Bluff, IL 60044-1173
15861694      +The Clock Tower Association,    100 East Main Street Office,    Waukesha, WI 53186-5007
15861695     #+The Student Loan Corp,    Citibank,    PO Box 6615,    The Lakes NV 889016615
15861696       Thomas Dahl Vlad and Ana Yekelchik,    649 North Oak Drive,    Ingleside, IL 60041
15861697      +Tim Hatton,    61 Ruffled Feathers Drive,    Lemont, IL 60439-7753
15861698      +Timothy J. Somen,    McFadden & Dillon, P.C.,    120 South LaSalle Street,    Suite 1335,
                Chicago, IL 60603-3581
15861699      +Travelers,    W J Kamm & Sons Inc,    PO Box 129,    Medinah, IL 60157-0129
15861700      +Tyler McDonald,    4404 W. William Cannon No P111,    Austin, TX 78749-1401
15861701      +Vadic Azrikan,    2700 W. Lunt  No  207,    Chicago, IL 60645-3033
15861702      +Val Beygel,    685 Highland Place,    Highland Park, IL 60035-4843
15861703      +Victoria Zaychik,    6726 N. St. Louis,    Lincolnwood, IL 60712-3728
15861705      +Vince Meucci,    6N620 Crestwood Drive,    St. Charles, Il 60175-8424
15861706      +Vlad Yekelchik,    Knollwood Partners,    640 Happfield Drive,    Arlington Heights, IL 60004-7138
15861708      +WaMu,    PO Box 44118,    Jacksonville, FL 32231-4118
15861709      +William Lesser,    9445 N. Kenton  No 202,    Skokie, Il 60076-1370
16401472       Wisconsin Department Of Revenue,    Sepcial Procedures Unit,    P.O.Box 8901,
                Madison, WI  53708-8901
16272725      +Zaid Emmanuel Jarzrawi,    111 West Maple #912,    Chicago, IL 60610-5442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15861531      +E-mail/Text: jnewman@acsigroup.net Aug 15 2012 09:15:32     Automated Collection Services, Inc.,
                2285 Murfreeboro Road,    Suite 200,    Nashville, TN 37217-3348
16704631       E-mail/PDF: rmscedi@recoverycorp.com Aug 15 2012 09:29:27     Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15861594       E-mail/Text: cio.bncmail@irs.gov Aug 15 2012 09:15:31     Department of the Treasury,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15861573       E-mail/Text: fmbbankruptcy@firstmidwest.com Aug 15 2012 09:15:36     First Midwest Bank,
                P.O. Box 9003,    Gurnee, IL  60031-9003
15861579       E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2012 09:29:27     GE Money Bank,    Home Design,
                PO Box 960061,    Orlando, FL 32896 0061
15861582      +E-mail/Text: BKNOTICES@GRAY-LAW.COM Aug 15 2012 09:15:33     Gray and Associates LLP,
                600 N Broadway,    Milwaukee, WI 53202-5009
15861586      +E-mail/Text: bkynotice@harvardcollect.com Aug 15 2012 09:15:33
                Harvard Collection Services, Inc.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
16272721      +E-mail/Text: patti@peoplesenergycu.org Aug 15 2012 09:15:36     Peoples Energy,
                130 Randolph Drive,    Chicago, IL 60601-6302
16401447      +E-mail/Text: ndaily@ksnlaw.com Aug 15 2012 09:15:34
                Residences at Millennium Centre Condominium Assn.,    c/o Kovitz Shifrin Nesbit,
                750 West Lake Cook Rd.,    Suite 350,    Buffalo Grove, IL 60089-2088
```

```
District/off: 0752-1           User: mrahmoun              Page 4 of 6              Date Rcvd: Aug 14, 2012
                               Form ID: pdf006             Total Noticed: 207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16272724       E-mail/Text: Bankruptcy-Notifications@we-energies.com Aug 15 2012 09:15:33      Wisconsin electric,
                POB 2046,   Milwaukee, WI  53201-2046
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16272719       Financial Guru
15999133       James Errant
15999166       National City Real Estate
16272720       Peak Properties
15999230       Randy Abeles
16272723       SLC Student Loan
15999276       The Elm at Clark Condominium Assoc
16760482*      Anne Boynton,    27630 W Groveland,   Spring Grove, IL  60081-9218
16536646*      First Midwest Bank,    P.O. Box 9003,   Gurnee, IL  60031-9003
16272722*     +Ramon and Nelsa Moreno,    1138 N Winchester Ave,   Chicago, IL 60622-3744
15861509     ##+Ahmad Karkukly,    474 W. Brookline Ct.,   Palatine. Il 60067-2393
15861515     ##+Alex Shapiro,    343 Fairview Avenue,   Deerfield, Il 60015-4702
15861514     ##+Alina Kinkov,    101 Old Oak Drive 310,   Buffalo Grove, Il 60089-3641
15861516     ##+Amcore Bank,    5100 Northwest Hwy,   Crystal Lake, IL 60014-8008
15861517     ##+Amcore Bank, N.A.,    Chicago R.E. Office,   501 Seventh Street,   PO Box 1537,
                Rockford, IL 61110-0037
16272714     ##+Amore Bank,    5100 Northwest Hwy,   Crystal Lake, IL 60014-8008
15861520     ##+Angela and Jason Cooper,    100 East Main St.  No 201,   Waukesha, WI 53186-5071
15861524     ##+Anthony Aiello,    310 East Church St.  No  303,   Libertyville, Il 60048-2268
15861527     ##+Armen Choulakian,    3102 Kings Road   No 2305,   Dallas, TX 75219-1354
15861536     ##+Brian Solis,    1016 Oakland Drive,   Streamwood, IL 60107-2107
15861539     ##+Carolina Siqueira,    1000 W. Adams No 412,   Chicago, IL 60607-2933
15861577     ##+Gabriel Adebayo,    9074 W. Terrace Dr. No 6I,   Niles, Il 60714-5840
15861584     ##+Guy Hollingsworth,    7647 Tripp Avenue,   Chicago, Il 60076-2701
15861588     ##+Helen Berkun,    4022 North Mitchell Drive,   Arlington Heights, Il 60004-7915
15861614     ##+Juan Rogel,    9534 W. Addison,   Franklin Park, Il 60131-2060
15861643     ##+Mike Smolyansky,    2456 West Huron,   Chicago, IL 60612-1208
15861664     ##+Roman and Yelena Anoufriev,    274 Brunswick Drive,   Buffalo Grove, IL 60089-6759
15861667     ##+Ruben Araujo,    9445 N. Kenton  No 302,   Skokie, Il 60076-1376
15861672     ##+Sally Aldaba,    417 DiLorenzo Drive,   Naperville, IL 60565-3380
15861679     ##+Shamoon Ebrahimi,    9418 Bay Colony Drive  No 3S,   Des Plaines, IL 60016-3632
15861680     ##+Sheila Kassam,    9445 N. Kenton  No 106,   Skokie, IL 60076-1300
15861681     ##+Song Mounivong,    8009 Vineyard Lane,   Smyrna, TN 37167-8309
15861684     ##+Steve Kallmeyer,    536 W Evergreen St,   Wheaton, Il 60187-5014
15861704     ##+Vilsoon Porana,    2221 Lee Street,   Des Plaines, IL 60018-2934
15861707     ##+Vlad Yekelchik,    649 Brookside Avenue,   Allendale, NJ 07401-1857
15861710     ##+Zaid Emmanuel Jazrawi,    111 West Maple St. No 912,   Chicago, Il 60610-5442
15861711     ##+Zeena Melody,    1990 B Gary Court,   Schaumburg, IL 60193-6375
                                                                                    TOTALS: 7, * 3, ## 27
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mrahmoun              Page 5 of 6              Date Rcvd: Aug 14, 2012
                              Form ID: pdf006             Total Noticed: 207
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**                    **Signature:**      _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: mrahmoun              Page 6 of 6                  Date Rcvd: Aug 14, 2012
                               Form ID: pdf006            Total Noticed: 207
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2012 at the address(es) listed below:
         Allan J DeMars    alland1023@aol.com
         Brett M Scheive    on behalf of Debtor Alex Gershbeyn bscheive@scheivelaw.com,  brett@hlsfirm.com
         David J Frankel    on behalf of Creditor  Santander Consumer USA Inc., as servicing agent for
          CitiFinancial Auto, Ltd. dfrankel@sormanfrankel.com,  bbehanna@sormanfrankel.com
         Denise A Delaurent    on behalf of U.S. Trustee Patrick Layng USTPRegion11.es.ecf@usdoj.gov,
          Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
         Fred R Harbecke    on behalf of Creditor  Puritan Finance Corporation fredrharbecke@sbcglobal.net
         Heather M Giannino    on behalf of Creditor  PNC Bank, National Association, successor by merger
          to National City Mortgage, a division of National City Bank heathergiannino@hsbattys.com,
          jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
         Karen J Porter    on behalf of Debtor Alex Gershbeyn kjplawnet@aol.com,  kjplawnet@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Scott H. Kenig    on behalf of Creditor  Harris NA skenig@randall-law.com
         Timothy J Somen    on behalf of Creditor  First Bank of Highland Park t.somen@mcdillaw.com
                                                                                                                           TOTAL: 10